# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **REVEREND DARCY ROAKE and ADRIAN VAN YOUNG, on behalf of themselves and on behalf of their minor children, A.V. and S.V., et al.** | **CIVIL ACTION NO. 3:24-cv-0517** |
| **VERSUS** | **JUDGE:** <br> **JOHN W. DEGRAVELLES** |
| **CADE BRUMLEY, in his official capacity as the Louisiana State Superintendent of Education, et al.** | **MAGISTRATE JUDGE:** <br> **SCOTT D. JOHNSON** |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendant Orleans Parish School Board ("Defendant") hereby appeals to the United States Court of Appeals for the Fifth Circuit the Court's November 12, 2024 Ruling and Order (Rec. Doc. 86) denying Defendant's Motion to Dismiss (Rec. Doc. 38) and granting Plaintiffs' Motion for Preliminary Injunction (Rec. Doc. 20).

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Dan Zimmerman*
Rebecca Sha (Bar #35317)
Dan Zimmerman (Bar #2202)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: rebecca.sha@phelps.com
Email: zimmermd@phelps.com

**ATTORNEYS FOR DEFENDANT ORLEANS PARISH SCHOOL BOARD**

PD.47800083.1