# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 19, 2024

Mr. Jonathan K. Youngwood
Simpson, Thacher & Bartlett, L.L.P.
425 Lexington Avenue
New York, NY 10017-3954

Mr. Dan Brian Zimmerman
Phelps Dunbar, L.L.P.
365 Canal Street
One Canal Place
Suite 2000
New Orleans, LA 70130

   No. 24-30779   Orleans Parish Sch Bd v. Brumley
                  USDC No. 3:24-CV-517

Dear Counsel,

Your appeal has been placed in abeyance this date pending the outcome of case number 24-30706, *Roake v. Brumley*.  You have fourteen (14) days to file a letter in response if you believe this stay is inappropriate.  All responses will be forwarded to the court for a determination.  If developments arise that would impact the stay, you must notify the court.  Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Shea E. Pertuit
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666